IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAIMEY L. DUFF,

        Plaintiff,                No. CIV S-09-1053 GGH P

    vs.

SOLANO COUNTY SHERIFF'S DEPARTMENT,

        Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983.  By order filed April 30, 2009, plaintiff's complaint was dismissed with leave to file an amended complaint.  Plaintiff has filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Dr. Kadevari and the following officers: Winston Russel, Vargas, Villasenor, Herndon, Beck, Barilleaux.

\\\\\

1

2. The Clerk of the Court shall send plaintiff seven (7) USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed May 26, 2009.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Eight (8) copies of the endorsed amended complaint filed May 26, 2009.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: October 9, 2009

                                                  /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10   JAIMEY L. DUFF,
11              Plaintiff,              No. CIV S-09-1053 GGH P
12        vs.
13   SOLANO COUNTY SHERIFF'S
     DEPARTMENT,
14                                      NOTICE OF SUBMISSION
15              Defendants.                OF DOCUMENTS
16   _____/
17        Plaintiff hereby submits the following documents in compliance with the court's
18   order filed _____:
19             1       completed summons form
20             7       completed USM-285 forms
21             8       copies of the  May 26, 2009
                                      Amended Complaint
22   DATED:
23
24
                                           _____
25                                                Plaintiff
26
```