IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAIMEY L. DUFF,

       Plaintiff,                      No. CIV S-09-1053 LKK GGH P

     vs.

SOLANO COUNTY SHERIFF'S DEPARTMENT, et al.,

       Defendants.              FINDINGS & RECOMMENDATIONS

_____/

        By order filed October 6, 2010, plaintiff was ordered, inter alia, to show cause, within twenty-eight days, why this case should not be dismissed for failure to prosecute. Plaintiff was cautioned that failure to do so would result in a recommendation that the action be dismissed with prejudice. The twenty-eight day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written

objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 7, 2010

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009/035
duff1053.fsc